UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

COURTNEY L. THOMAS,

    Plaintiff,

v.

AARON'S, INC. et al.,

    Defendants.

_____/

Case No. 1:18-cv-441

Honorable Paul L. Maloney

## **JUDGMENT**

In accordance with the Order issued this date:

**IT IS ORDERED** that Plaintiff's action be **DISMISSED WITHOUT PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915(e).

Dated: July 12, 2018          /s/ Paul L. Maloney
                                               Paul L. Maloney
                                               United States District Judge